IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BLUEPRINT IP SOLUTIONS LLC, | ) | CASE NO. 1:20-CV-00197 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PARKER HANNIFIN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

    I hereby disqualify myself from proceedings in this case pursuant to 28 U.S.C. §455.

This case is returned to the Clerk of Court for reassignment.

    IT IS SO ORDERED.


Dated: February 3, 2020           s/ James S. Gwin
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE